UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-6036-RSR

UNITED STATES OF AMERICA

v.

ANDRE BUDHAN,

      Defendant.
_____/

## ORDER

    This matter comes before the Court upon the Parties' Joint Stipulation of Satisfaction of *Nebbia* Conditions. Upon review of the *Nebbia* proffer received from the bondsman on behalf of Defendant and stipulated to by the Government, it is hereby **ORDERED AND ADJUDGED** that the *Nebbia* requirement on Defendant Andre Budhan's bond is satisfied.

    Done and ordered this 10th day of February, 2009.

_____
ROBIN S. ROSENBAUM
UNITED STATES MAGISTRATE JUDGE

cc:    Counsel of Record